EXHIBIT 2

| US6346795 | Northstar LITE Battery ("The accused product") |
|---|---|
| 1. A discharge control circuit for controlling discharge of a battery including at least one cell comprising: | The accused product comprises a discharge control (e.g., over discharging protection circuit) circuit for controlling discharge of a battery (e.g., Lithium battery) including at least one cell (e.g., Lithium battery cells).<br><br>https://northstarbattery.com/ns-lite |

EXHIBIT 2

| | |
|---|---|
| | ## NorthStar LITE benefits<br><br>- Each battery unit consists of cells, an enclosure and a battery management system (BMS).<br>- Providing a backup for a -48V DC Power System around 4.8 kWh/100Ah.<br>- Can easily be installed in standard 19″ or 23″ racks.<br>- Up to 10 units can be connected in parallel.<br>- The BMS accommodates functions such as:<br>  Cell Voltage Equalization, Charge and Discharge cut off, Current Regulation, Reverse Polarity Protection, Recharge Control, High/Low Temp cut off, Regulated Slow Charge, Heater on/off, State of Charge (SoC) and Capacity Measurements<br><br>https://northstarbattery.com/ns-lite |

EXHIBIT 2

## 1.1 LITE Lithium Battery Technology

The LITE Battery Unit has been specifically designed for demanding applications such as telecom, energy storage, renewable energy and hybrid power solutions. NorthStar LITE delivers high energy density and excellent cyclic endurance without compromising safety. Each Battery Unit consists of lithium-ion cells and a battery management system, BMS, encased in an outer housing.
The LITE Battery Units are designed to fit in a 19" rack.



https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf

EXHIBIT 2

| | |
|---|---|
| | **1.1.1 Battery Cell**<br><br>The LITE Battery Unit is based on a Li-ion cell with the lithium iron phosphate (LFP) chemistry. LFP offers exceptional lifetime, high specific power and cyclic endurance in combination with good safety characteristics.<br><br>The battery cells utilized in the Battery Unit are of prismatic type with laser-welded aluminum casings. Each cell has a safety vent, which enables the release of over-pressures in case of a thermal runaway situation.<br><br>https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf |
| a discharge control switch connected to the battery for cutting off a discharge current of the battery in response to a discharge stop signal; and | The accused product comprises a discharge control switch connected to the battery for cutting off a discharge current (e.g., turning off switch) of the battery in response to a discharge stop signal (e.g., over discharge control signal provided by the control circuit).<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection. |

EXHIBIT 2

# NorthStar LITE benefits

- Each battery unit consists of cells, an enclosure and a battery management system (BMS).

- Providing a backup for a -48V DC Power System around 4.8 kWh/100Ah.

- Can easily be installed in standard 19″ or 23″ racks.

- Up to 10 units can be connected in parallel.

- The BMS accommodates functions such as:
  Cell Voltage Equalization, Charge and Discharge cut off, Current Regulation, Reverse Polarity Protection, Recharge Control, High/Low Temp cut off, Regulated Slow Charge, Heater on/off, State of Charge (SoC) and Capacity Measurements

https://northstarbattery.com/ns-lite

EXHIBIT 2

### 1.1 LITE Lithium Battery Technology

The LITE Battery Unit has been specifically designed for demanding applications such as telecom, energy storage, renewable energy and hybrid power solutions. NorthStar LITE delivers high energy density and excellent cyclic endurance without compromising safety. Each Battery Unit consists of lithium-ion cells and a battery management system, BMS, encased in an outer housing.
The LITE Battery Units are designed to fit in a 19" rack.



https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf

EXHIBIT 2

| | |
|---|---|
| | **Undervoltage**<br><br>| Undervoltage | System | Cell |<br>|---|---|---|<br>| Overdischarge alarm | 39.0±0.5V | 2.6±0.02V |<br>| Overdischarge protection | 37.5±0.5V | 2.5±0.02V |<br>| Overdischarge recovery | 43.5±0.5V | 2.9±0.02V |<br><br>If the system or cell voltage becomes lower than overdischarge protection voltage and stays at that voltage longer than 2 seconds, the BMS enters overdischarge protection state and inhibits discharging.<br>The overdischarge protection delay is 1 ± 0.5 s and the overdischarge protection release condition is:<br><br>• Start charge mode.<br><br>**Sleep mode**: If undervoltage protection on system level or cell level is detected, the BMS goes into sleep mode.<br>Release conditions are one of the following:<br>• Put in charge or<br>• Activated via RS232 communication or<br>• Reset button pressed<br><br>https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf |
| a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal that deactivates the discharge control switch when a | The accused product comprises a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal (e.g., over discharge control signal provided by the control circuit) that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit (e.g., over discharge detection voltage), wherein the control circuit includes a switch holding circuit (e.g., delay generating circuit) for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time (e.g., over-discharge delay time set by the circuit) after the discharge stop signal is generated.<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection. |

EXHIBIT 2

| | |
|---|---|
| voltage of at least one cell reaches a lower limit, wherein the control circuit includes a switch holding circuit for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time after the discharge stop signal is generated. | **NorthStar LITE benefits**<br><br>• Each battery unit consists of cells, an enclosure and a battery management system (BMS).<br><br>• Providing a backup for a -48V DC Power System around 4.8 kWh/100Ah.<br><br>• Can easily be installed in standard 19″ or 23″ racks.<br><br>• Up to 10 units can be connected in parallel.<br><br>• The BMS accommodates functions such as:<br>Cell Voltage Equalization, Charge and Discharge cut off, Current Regulation, Reverse Polarity Protection, Recharge Control, High/Low Temp cut off, Regulated Slow Charge, Heater on/off, State of Charge (SoC) and Capacity Measurements<br><br>https://northstarbattery.com/ns-lite |

EXHIBIT 2

### 1.1 LITE Lithium Battery Technology

The LITE Battery Unit has been specifically designed for demanding applications such as telecom, energy storage, renewable energy and hybrid power solutions. NorthStar LITE delivers high energy density and excellent cyclic endurance without compromising safety. Each Battery Unit consists of lithium-ion cells and a battery management system, BMS, encased in an outer housing.
The LITE Battery Units are designed to fit in a 19" rack.



https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf

EXHIBIT 2

### Undervoltage

| Undervoltage | System | Cell |
|---|---|---|
| Overdischarge alarm | 39.0±0.5V | 2.6±0.02V |
| Overdischarge protection | 37.5±0.5V | 2.5±0.02V |
| Overdischarge recovery | 43.5±0.5V | 2.9±0.02V |

If the system or cell voltage becomes lower than overdischarge protection voltage and stays at that voltage longer than 2 seconds, the BMS enters overdischarge protection state and inhibits discharging.
The overdischarge protection delay is 1 ± 0.5 s and the overdischarge protection release condition is:

- Start charge mode.

**Sleep mode**: If undervoltage protection on system level or cell level is detected, the BMS goes into sleep mode.
Release conditions are one of the following:
- Put in charge or
- Activated via RS232 communication or
- Reset button pressed

https://www.northstarbattery.com/media.ashx/nsliteapplicationmanual.pdf